UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
November 06, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GODOFREDO CORNEJO,

    Defendant.

Case No. 2:25-cr-00206-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  GODOFREDO CORNEJO , Case No. 2:25-cr-00206-TLN , Charge 18 USC § 2252(a)(2), from custody for the following reasons:

    ___ Release on Personal Recognizance

    _X_ Bail Posted in the Sum of $   $100,000.00

        _X_ Unsecured Appearance Bond $   30,000.00

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        _X_ (Other):  The defendants release is delayed until 11/07/2025 at 9:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 06, 2025, at 3:00 PM.

By: *allison Claire*

Magistrate Judge Allison Claire