ERIC GRANT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00206-TLN |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| GODOFREDO CORNEJO, | DATE: January 15, 2026<br>TIME: 9:30 a.m. |
| Defendant. | COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Godofredo Cornejo, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 15, 2026.

2. By this stipulation, the defendant now moves to continue the status conference until February 19, 2026, at 9:30 a.m., and to exclude time between January 15, 2026, and February 19, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government recently produced discovery associated with this case that includes more than 1,300 pages of documents, video files, and images. The government also made additional discovery—including the results of forensic examinations of the defendant's seized electronic devices—available for the defendant's counsel to review.

      b)    Counsel for the defendant desires additional time to review the discovery, consult with her client about possible defenses and motions, and otherwise prepare for trial. Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      c)    The government does not object to the continuance.

      d)    Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 15, 2026, to February 19, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: January 5, 2026          ERIC GRANT
                                                United States Attorney

                                                /s/ SAM STEFANKI
                                                SAM STEFANKI
                                                Assistant United States Attorney

Dated: January 5, 2026          /s/ KRESTA DALY
                                                KRESTA DALY
                                                Counsel for Defendant
                                                GODOFREDO CORNEJO

**ORDER**

IT IS SO FOUND AND ORDERED this 6th day of January, 2026.

_____
Troy L. Nunley
Chief United States District Judge