Kresta Nora Daly, SBN 199689
BARTH DALY LLP
PO Box F
Winters, CA 95696
Office: (916) 524-6762
Email: kdaly@barth-daly.com


Attorneys for Defendant
GODOFREDO CORNEJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GODOFREDO CORNEJO,<br><br>Defendant. | Case No. 2:25-CR-00206-TLN<br><br>STIPULATION AND ~~PROPOSED~~ ORDER |

The parties hereby stipulate as follows:

1.   Godofredo Cornejo was released on house arrest on November 6, 2025.  Dkt 11.

2. Mr. Cornejo wishes to modify his pretrial release conditions and instead have a curfew.

3. Mr. Cornejo wishes his curfew require he be at home from 7pm to 8am, absent making alternative arrangements with Pretrial Services.

4. AUSA Stefanki and Pretrial Services do not object.

5. Mr. Cornejo's third party custodian, Helio Cornejo, has been informed of these changes.

BARTH DALY LLP
Attorneys At Law

Dated:  February 20, 2026

By    s/ Samuel Stefanki

      Samuel Stefanki

      Assistant United States Attorney

Dated:  February 20, 2026

By    s/ Kresta Daly

      KRESTA NORA DALY

      Attorney for Godofredo Cornejo

BARTH DALY LLP
Attorneys At Law

Good Cause Appearing:

1. Mr. Cornejo's release conditions are modified to allow Mr. Cornejo to have a curfew in which he is required to be at home between 7pm and 8am.

2. All other conditions of Mr. Cornejo's release remain unchanged.

IT IS SO ORDERED.

Dated:     February 20, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

BARTH DALY LLP
Attorneys At Law
Davis, California