Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 524-6762
Email: kdaly@barth-daly.com

Attorneys for Defendant
Godofredo Cornejo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-CR-00206-TLN |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| GODOFREDO CORNEJO, | Judge: Honorable Troy L. Nunley |
| Defendant. | |

**STIPULATION**

1.      By previous order this case was set for status conference on June 18, 2026.

2.      By this stipulation, the defendants ask to move the status conference until September 24, 2026 and to exclude time between June 18, 2026 and September 24 2026 under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

(a).    Counsel for defendant desires time to consult with her client, review the discovery, conduct investigation and otherwise prepare for trial.

(b)     Counsel for defendant believes failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(c)     The government does not object to the continuance.

STIPULATION AND [PROPOSED] ORDER                                    [Case No. 2:25-CR-00206-TLN]

(d)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

(e)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period June 18, 2026 through September 24, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Dated:  June 12, 2026                    Respectfully submitted,


By___/s/Kresta Daly for_____
    Samuel Stefanki
    ASSISTANT UNITED STATES ATTORNEY



Dated:  June 12, 2026          BARTH DALY LLP


By___/s/ Kresta Nora Daly_____
    KRESTA NORA DALY
    Attorneys for Godofredo Cornejo

- 2 -

STIPULATION AND [PROPOSED] ORDER                                    [Case No. 2:25-CR-00206-TLN]

## ORDER

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of June 18, 2026 is vacated.  The status conference will be reset for September 24, 2026, at 9:30  a.m.  The Court finds excludable time through September 24, 2026 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel.  The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial.  (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

Dated: June 15, 2026

_____
Troy L. Nunley
Chief United States District Judge

- 3 -