Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, CA 95618
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
Godofredo Cornejo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GODOFREDO CORNEJO,<br><br>Defendant. | Case No. 2:25-CR-206-TLN<br><br>**STIPULATION AND ORDER MODIFYING PRETRIAL RELEASE CONDITIONS** |

Plaintiff, United States of America, by and through its counsel Samuel Stefanki and Defendant Godofredo Cornejo, by and through his counsel Kresta Nora Daly, hereby stipulate as follows:

1. Mr. Cornejo is on supervised pretrial release;
2. Among the conditions of his pretrial release is that Mr. Cornejo is not allowed any kind of internet access;
3. In the past, Mr. Cornejo testified as an expert witness.
4. In connection with that prior testimony, he received a subpoena to produce records in a civil case. A copy of the subpoena has been provided to counsel for the government. Those records have to be produced on September 14, 2026. The records are stored on laptop that, pursuant to Mr. Cornejo's release conditions, is currently in the possession of Mr. Cornejo's brother.



BARTH DALY LLP
ATTORNEYS AT LAW

5. The parties hereby stipulate and agree that Mr. Cornejo can retrieve his laptop from his brother's house and create a digital or paper copy of the necessary records. Once Mr. Cornejo is done, he will return the laptop to his brother's custody.

Dated: September 10, 2026.

By /s/ Kresta Nora Daly
Samuel Stefanki

Attorneys for Plaintiff

Dated: September 10, 2026. BARTH DALY LLP

By /s/ Kresta Nora Daly
KRESTA NORA DALY

Attorneys for Defendant Godofredo Cornejo

BARTH DALY LLP
ATTORNEYS AT LAW

**Order**

Good cause appearing Mr. Cornejo shall have access to his laptop computer, currently in the possession of his brother, for the sole purpose of making a digital or paper copy of records responsive to the subpoena he received.

Dated: September 11, 2026

[signature]

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA