Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 524-6762
Email: kdaly@barth-daly.com

Attorneys for Defendant
Godofredo Cornejo

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GODOFREDO CORNEJO,<br><br>Defendant. | Case No. 2:25-CR-00206-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Honorable Troy L. Nunley |

**STIPULATION**

1. By previous order this case was set for status conference on September 24, 2026.

2. By this stipulation, the defendants ask to move the status conference until February 4, 2027, and to exclude time from September 24, 2026 and February 4, 2027 under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

(a). The discovery in this case consists of over 1300 pages of reports, evidence seized during execution of search warrants, and forensic analysis of electronic devices. It also includes a substantial amount of electronic evidence that can only be viewed by defense counsel in person because it consists of child sexual abuse material. Accordingly, counsel for defendant desires additional time to consult with her client, review the discovery, conduct investigation and otherwise prepare for trial.



BARTH DALY LLP
ATTORNEYS AT LAW

(b) Counsel for defendant believes failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Specifically, counsel for the defendant is also scheduled for trial in a separate child exploitation case pending in this district that involves dozens of victims, begins in October, and will likely last multiple weeks. During this trial, counsel for the defendant will be largely unable to review discovery in the instant matter or otherwise meet with her client in this matter.

(c) The government does not object to the continuance.

(d) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

(e) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period September 24, 2026, through February 4, 2027 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Dated: September 20, 2026 Respectfully submitted,

By /s/Kresta Daly for
Samuel Stefanki
ASSISTANT UNITED STATES ATTORNEY

Dated: September 20, 2026 BARTH DALY LLP

By /s/ Kresta Nora Daly
KRESTA NORA DALY
Attorneys for Godofredo Cornejo

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of September 24, 2026 is vacated. The status conference will be reset for February 4, 2027, at 9:30 a.m. The Court finds excludable time through February 4, 2027 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel. The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial. (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

Dated: September 21, 2026

Troy L. Nunley
Chief United States District Judge

BARTH DALY LLP
ATTORNEYS AT LAW